UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-11075-DMG (JEMx) | Date | May 18, 2022 |
| Title | *Orlando Garcia v. Charles C. Kim, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff(s)  
None Present

Attorneys Present for Defendant(s)  
None Present

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR COUNSEL'S FAILURE TO COMPLY WITH COURT'S SCHEDULING AND CASE MANAGEMENT ORDER**

On August 30, 2021, the Court issued a Scheduling and Case Management Order ("CMO") setting a May 13, 2022 deadline for the parties' *joint* pretrial submissions. [Doc. # 36.] Plaintiff's counsel unilaterally filed pretrial documents, without participation from Defendants. [*See* Doc. ## 43-48.] Absent jointly submitted pretrial documents compliant with the CMO, this case is not trial ready.

Given the foregoing, the parties' counsel are hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned for their failure to timely cooperate in the filing of pretrial documents that were due on May 13, 2022. Defendants' counsel's recent substitution into the case is no excuse for disregarding court-ordered deadlines or at least seeking an extension of time to comply with the requirement to meet and confer with opposing counsel. Plaintiff indicates that his counsel has not heard back from Defendants regarding their input. [*See* Doc. # 48-1.] If Defendants failed to respond to Plaintiff's request to prepare joint pretrial documents, then Defendants are also **ORDERED TO SHOW CAUSE** why their Answer should not be stricken and default entered. Counsel's responses shall be filed by no later than **May 23, 2022.**

**IT IS SO ORDERED**.